IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DUKES, PENELOPE SANDERS | ) | CHAPTER 7 |
| XXX-XX-8858 | ) | CASE NO. 18-15046-JGR |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**ORDER GRANTING TRUSTEE'S COMBINED MOTION TO (i) EMPLOY AUCTIONEER, (ii) SELL REAL PROPERTY AT PUBLIC AUCTION SALE, AND (iii) COMPENSATE AUCTIONEER FOLLOWING SALE**

THIS MATTER having come before the Court on Trustee's Combined Motion to (i) Employ Auctioneer, (ii) Sell Real Property at Public Auction Sale, and (iii) to Compensate Auctioneer Following Sale (the "Motion") filed by Robertson B. Cohen, as Chapter 7 Trustee herein, the Motion having been duly served and no objections having been filed, having shown good cause and being advised in the premises, hereby:

ORDERS that the Motion is GRANTED and the Trustee is authorized to:

(i) sell 25 (twenty-five) acres of farm land at 75 Hay Lane, Big Clifty, KY 42712 also described as 25.7 acres of cropland on FSN 944 in Hardin County, KY (referred to herein as the "Real Property"), other than in the ordinary course of business pursuant to Bankruptcy Code §§363(b), and to take all actions as may be necessary and appropriate to effectuate the sale of the Real Property, and;

(ii) to employ Remax & Associates, Inc. ("Remax") to conduct the public auction of the Real Property and to compensate Remax of the Real Property in the form of a 10% buyer's premium (paid by the successful bidder) from the gross proceeds plus reasonable and necessary costs and expenses, not to exceed, $4,160.00, incurred in connection with the sale as described in the Motion.

Dated: _____October 11_____, 2018.

BY THE COURT:

_____
United States Bankruptcy Judge
Hon. Joseph G. Rosania, Jr.