UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| DUKES, PENELOPE SANDERS | ) CASE NO. 18-15046-JGR |
| XXX-XX-8858 | ) CHAPTER 7 |
| | ) |
| | ) |
| | ) |
| Debtor(s). | ) |

**APPLICATION TO EMPLOY PROFESSIONAL PERSON**

The Trustee, Robertson B. Cohen, for his request to this Court pursuant to 11 U.S.C. 327(a) of the United States Bankruptcy Code to authorize him to hire Dennis & Company, P.C. to perform services relates to any tax issue regarding this estate including but not limited to filing all necessary state and federal tax returns on behalf of the Estate and as grounds herein, the Trustee states:

1. Robertson B. Cohen is the duly appointed Trustee of the Debtor.

2 Dennis & Company, P.C. has agreed to perform services on behalf of the Estate for an hourly rate of $190.00 to $300.00 for Mark & David Dennis and downward to $100.00 per hour for associates.

3. To the best of the Trustee's knowledge, Dennis & Company, P.C., and its employees have no connection with the Debtor, any of the Creditors, the United States Trustee or any of its employees, or any party in interest of their attorneys or accountants. Dennis & Company, P.C. represents no interest adverse to the Debtor of the Estate in the matters for which he is to be engaged.

4. Employment of an Accountant is necessary for the limited purpose of determining any tax liability this Estate may have and to prepare any tax return necessary as a result of the administration of this Estate.

5. As compensation, Dennis & Company, P.C. has agreed to perform services on behalf of the Estate for an hourly rate of $190.00 to $300.00 for Mark D. Dennis and downward to $100.00 per hour for associates. **THE ACCOUNTANT AND TRUSTEE REALIZE THAT SUCH COMPENSATION ARRANGEMENT IS SUBJECT TO THIS COURT'S REVIEW UPON AN APPLICATION FOR PAYMENT UPON SEPARATE APPLICATION**.

6. The Affidavit of Dennis & Company, P.C. is filed herewith.

**WHEREFORE**, the Trustee respectfully requests an order authorizing him to employ Dennis & Company, P.C. as an Accountant for the Estate for the limited purpose of determining any tax liability this Estate may have and to prepare any tax return necessary as a result of the administration of this Estate.

Dated:  February 5, 2019

                RESPECTFULLY SUBMITTED,

                By: /s/ Robertson B. Cohen
                 Robertson B. Cohen Chapter 7 Trustee
                 1720 S Bellaire Suite 205
                 Denver, Colorado  80222
                 Trusteecohen@cohenlawyers.com
                 (303)  933-4529

## CERTIFICATE OF MAILING

  I HEREBY CERTIFY that on February 5, 2019, a true copy of the foregoing **APPLICATION TO EMPLOY PROFESSIONAL PERSON** was served by depositing same in the United States mail, postage prepaid and properly addressed to the following and via CM/ECF electronic service:

| | |
|---|---|
| Penelope Sanders Dukes<br>778 Bedford Drive<br>Pueblo, CO 81007 | David C. Hoskins<br>*via CM/ECF electronic service* |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 | Dennis and Company PC<br>8400 E Crescent Pkwy, Ste 600<br>Greenwood Village, CO 80111 |
| Bank of America<br>c/o Stephen K. Dexter, Esq.<br>Lathrop Gage LLP<br>1515 Wynkoop Street, Suite 600<br>Denver, Colorado 80202 | |

                        */s/ Beth Saville*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| *In re:* | ) |
| | ) |
| PENELOPE DUKES | ) Case No. 18-15046 JGR |
| | ) Chapter 7 |
| | ) |
| | ) |
| | ) |
| *Debtors.* | ) |

## AFFIDAVIT OF ACCOUNTANT

The undersigned submits this affidavit in support of the employment of Dennis & Company, PC ("*Dennis & Co.*") by the Trustee as set forth in the Trustee's Application to Appoint Accountants, filed by the Trustee herein.

STATE OF COLORADO )
                               ) ss.
COUNTY OF ARAPAHOE )

I, Mark D. Dennis, being first duly sworn, upon oath, depose and state as follows:

1. That Dennis & Co. is a disinterested person, within the meaning of 11 U.S.C Section 101 (14).

2. That Dennis & Co. does not hold nor represent any interest adverse to the debtors or the estate.

3. That, but for the employment which is the subject of the Trustee's Application to Employ Accountants, I do not have any connection with the Debtors, Debtors' creditors or any other party in connection with the United States Trustee, or any person employed in the office of the United States Trustee, or Robertson Cohen, the Trustee, except that Dennis & Co. has been employed by Mr. Cohen in other unrelated bankruptcy estates.

4. I have agreed to represent the Trustee for reasonable compensation. The hourly rates for Mark D. and David E. Dennis range from $190 - $300 per hour, and associates range downward to $100 per hour. Dennis & Co. will abide by all fee procedures contained in the Bankruptcy Code and Rules and any additional procedures ordered by this Court.

5. I have not shared nor agreed to share compensation received herein with any other person.

FURTHER AFFIANT SAYETH NOT. _____
                                                 Mark D. Dennis, CPA, CFF, MBA
                                                 8400 East Crescent Parkway, Suite 600
                                                 Greenwood Village, CO 80111

SUBSCRIBED AND SWORN TO before me this 28th day of January, 2019, by Mark D. Dennis.

Witness my hand and official seal.

_____
Notary Public

CHRISTINE M. CLEVELAND
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID: 19994018424
MY COMMISSION EXPIRES JUNE 30, 2019